In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 17-13561

————————————

REPRODUCTIVE HEALTH SERVICES,
on behalf of its patients, physicians and staff,
JUNE AYERS,
RN,

Plaintiffs-Appellees,

*versus*

LUTHER STRANGE,
in his official capacity as Attorney General of the State of Alabama,

Defendant,

DARYL D. BAILEY,
in his official capacity as District Attorney of Montgomery County,
Alabama,

2                                                                                          17-13561

STEVE T. MARSHALL,

in his official capacity as Attorney General of the State of Alabama,

Defendants-Appellants.

———————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:14-cv-01014-SRW

———————————

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, Circuit Judges.*

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.

———————————

* Judge Brasher recused himself and did not participate in the en banc poll.